IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 00-121
)
JERMAINE BROWN )

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this 28TH day of May, 2008, pursuant to the February 11, 2008, Administrative Order relating to the appointment of counsel in crack amendment retroactivity cases, IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1450 Liberty Center, 1001 Liberty Avenue, Pittsburgh, Pennsylvania 15222, telephone number (412) 644-6565, is hereby appointed to represent the above-named individual in all matters pertaining to this action.

PRIMARY COUNSEL:     Jay J. Finkelstein

PA Attorney ID # 42943

_____William L. Standish_____
William L. Standish
United States Senior District Judge